**Opinion issued August 19, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00626-CR

————————————

## IN RE HECTOR ARREDONDO GARCIA, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Hector Arredondo Garcia seeks mandamus relief compelling the district clerk of Grimes County "to enforce a Nunc Pro Tunc Motion[.]"[1]

Because we have no jurisdiction to issue a writ of mandamus against this district clerk, and relator has not demonstrated any threat to our jurisdiction, we

---

[1] The underlying case, *State of Texas v. Hector Arredondo Garcia*, cause number 018880, was decided by the 12th District Court of Grimes County, Texas, on May 31, 2022. No appeal was filed in this Court.

dismiss relator's petition for writ of mandamus for lack of jurisdiction. *See* TEX. GOV'T CODE § 22.221(a), (b); *see also In re Montiel*, No. 01-23-00893-CV, 2023 WL 8720907, at *1 (Tex. App.—Houston [1st Dist.] Dec. 19, 2023, orig. proceeding). Any remaining motions are likewise dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

Do not publish. TEX. R. APP. P. 47.2(b).